**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                  Case No. 4:24-cr-00181-JM-01

GIOVANNI IBARRA                                                    DEFENDANT

**<u>ORDER</u>**

The Judgment & Commitment Order filed on February 12, 2026, is hereby corrected to remove special condition no. 16 on page 6 of the Judgment & Commitment Order. (Doc. No. 30). The defendant was ordered to pay $100 special penalty assessment and $100 AVAA Assessment. The installment plan for the criminal monetary penalties is listed on page 8 of the Judgment & Commitment Order.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 23rd day of February, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE